| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Douglas A Linde, 217584<br>THE LINDE LAW FIRM<br>9000 SUNSET BLVD<br>LOS ANGELES, CA 90069 | (310) 203-9333 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.: none | |

Case 3:07-cv-05076-CRB    Document 4    Filed 11/07/2007    Page 1 of 1

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3483

PLAINTIFF:
Sonja Klimp

DEFENDANT:
Stuart Weitzman Retail Stores, LLC, et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-5076 CRB |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons, Complaint, Welcome to the U.S.D.C., Notice of Availability, Notice of Lawsuit, Waiver of Service of Summons, Civil Case Cover Sheet, Order Setting Initial Case Management, Standing Orders, ECF Registration Information Handout

2. Party Served:            Stuart Weitzman Retail Stores, LLC

3. Person Served:           CSC Corp - Becky DeGeorge - Person authorized to accept service of process

4. Date & Time of Delivery: October 31, 2007        1:49 pm

5. Address, City and State: 2730 GATEWAY OAKS DR STE 100
                            SACRAMENTO, CA 95833

6. Manner of Service:       Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 14.95

Registered California process server.
County: SACRAMENTO
Registration No.: 2006-06
Expiration: February 13, 2008

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on November 1, 2007 at Sacramento, California.

Signature: _____
Tyler Dimaria