1  Daniel E. Alberti (68620)
   Peter J. Drobac (191079)
2  **MCDERMOTT WILL & EMERY LLP**
   pdrobac@mwe.com
3  3150 Porter Drive
   Palo Alto, CA 94304-1212
4  Telephone:    650.813.5000
   Facsimile:    650.813.5100
5
6  Attorneys for Defendant STUART WEITZMAN
   HOLDINGS, LLC (SUED AS STUART WEITZMAN
   RETAIL STORES, LLC, STUART WEITZMAN SAN
7  FRANCISCO, LLC)
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and All others similarly situated, | CASE NO.:  C 07 5076 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through 10, inclusive, | |
| Defendant. | **DECLARATION OF PETER J. DROBAC** |

20  **TO THE HONORABLE COURT:**

21       Pursuant to L.R. 6-1(a), it is hereby stipulated by and between the parties hereto, through

22  their respective counsel, that Defendant STUART WEITZMAN HOLDINGS, LLC (SUED AS

23  STUART WEITZMAN RETAIL STORES, LLC, STUART WEITZMAN SAN FRANCISCO,

24  LLC) may have an extension of time, up to and including December 31, 2007, to answer or

25  otherwise respond to Plaintiff's Complaint.

26       Pursuant to L.R. 6-1(b), the parties further stipulate and request entry of an order by the

27  Court resetting the Initial Case Management Conference, currently set for January 11, 2008, to

28

**STIP TO EXT TIME FOR DEF TO FILE
RESPONSIVE PLEADING TO INITIAL                                         CASE NO.:  C 07 5076 CRB
COMPLAINT AND MOVE INITIAL CMC**

February 22, 2008 or the first available date thereafter.  Attached hereto is the Declaration of Peter J. Drobac in support of this Stipulation and [Proposed] Order.

    IT IS SO STIPULATED.

Dated:  November 16, 2007      THE LINDE LAW FIRM

By:  /s/ Douglas A. Linde
Douglas A. Linde
Chant Yedalian
Erica L. Allen

Attorneys for Plaintiff
SONJA KLIMP

Dated:  November 16, 2007      MCDERMOTT WILL & EMERY LLP

By:  /s/ Peter J. Drobac
Daniel E. Alberti
Peter J. Drobac

Attorneys for Defendant STUART WEITZMAN HOLDINGS, LLC (SUED AS STUART WEITZMAN RETAIL STORES, LLC, STUART WEITZMAN SAN FRANCISCO, LLC)

    PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

_____
The Honorable Charles R. Breyer
United States District Court Judge

---

**STIP TO EXT TIME FOR DEF TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND MOVE INITIAL CMC**      2    **CASE NO.:  C 07 5076 CRB**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**DECLARATION OF PETER J. DROBAC IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE**

I, Peter J. Drobac, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC and Stuart Weitzman San Francisco, LLC) ("Defendant"). I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Defendant has requested, and Plaintiff has granted Defendant, additional time to file its responsive pleading in this matter. Pursuant to stipulation, Defendant now has until December 31, 2007 to file its responsive pleading. Given the currently-scheduled January 11, 2008 case management conference in this matter, the parties' obligation to meet and confer regarding Initial Disclosures and pursuant to this Court's Order Setting Case Management Conference falls within the time that Defendant will be researching and preparing its responsive pleading. As a result, Defendant requests that it be permitted the opportunity to adequately research, prepare and file its responsive pleading prior to meeting and conferring with Plaintiff regarding the principal factual and legal issues in dispute in this case.

Executed on the 16th day of November, 2007 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                            /s/ Peter J. Drobac

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Peter J. Drobac, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC and Stuart Weitzman San Francisco, LLC), in the above-captioned action. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the electronic signature of Douglas A. Linde, counsel of record for Plaintiff, Sonja Klimp, appearing in the signature block of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE and DECLARATION OF PETER J. DROBAC**, is the signature of Douglas A. Linde, and that I have been authorized to file the **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE and DECLARATION OF PETER J. DROBAC** on his behalf.

Executed on the 16th day of November, 2007 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

      /s/ Peter J. Drobac

## PROOF OF SERVICE

I, Cheryl Lovdahl, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 3150 Porter Drive, Palo Alto, CA 94304. On November 16, 2007, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND TO MOVE INITIAL CASE MANAGEMENT CONFERENCE AND DECLARATION OF PETER J. DROBAC**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by electronically mailing a true and correct copy through McDermott, Will & Emery's electronic mail system at the e-mail address(es) set forth below.

Douglas A. Linde, Esq.
dal@lindelaw.net
Chant Yedalian, Esq.
cy@lindelaw.net
Erica Leigh Allen, Esq.
**THE LINDE LAW FIRM**
9000 Sunset Boulevard, Suite 1025
Los Angeles, CA 90069
Telephone: 310.203.9333
Facsimile: 310.203.9233

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

**STIP TO EXT TIME FOR DEF TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND MOVE INITIAL CMC** | 5 | **CASE NO.: C 07 5076 CRB**

...

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 16, 2007, at Palo Alto, California.

                                        /s/ Cheryl Lovdahl
                                        Cheryl Lovdahl

MPK 135324-3.070670.0013

**STIP TO EXT TIME FOR DEF TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT AND MOVE INITIAL CMC**     6     **CASE NO.: C 07 5076 CRB**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO