Daniel E. Alberti (68620)
dalberti@mwe.com
Peter J. Drobac (191079)
pdrobac@mwe.com
**MCDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone:   650.813.5000
Facsimile:   650.813.5100

Attorneys for Defendants STUART WEITZMAN HOLDINGS, LLC (SUED AS STUART WEITZMAN RETAIL STORES, LLC, STUART WEITZMAN SAN FRANCISCO, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and All others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.:  C 07 5076 CRB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** |

1   Pursuant to L.R. 6-1(a), it is hereby stipulated by and between the parties hereto, through
2   their respective counsel, that Defendant may have an extension of time, to and including January
3   7, 2008, to answer or otherwise respond to Plaintiff's Complaint.
4   IT IS SO STIPULATED.

6   Dated: December 27, 2007                THE LINDE LAW FIRM

8                                           By:  /s/ Douglas A. Linde
                                                 Douglas A. Linde
9                                                Chant Yedalian
                                                 Erica L. Allen

11                                               Attorneys for Plaintiff
                                                 SONJA KLIMP

12  Dated: December 27, 2007                MCDERMOTT WILL & EMERY LLP

14                                          By:  /s/ Peter J. Drobc
                                                 Daniel E. Alberti
15                                               Peter J. Drobac

                                                 Attorneys for Defendant STUART
17                                               WEITZMAN HOLDINGS, LLC (SUED AS
                                                 STUART WEITZMAN RETAIL STORES,
18                                               LLC, STUART WEITZMAN SAN
                                                 FRANCISCO, LLC)

**STIPULATION TO EXTEND TIME FOR DEF. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**    2    **CASE NO.: C 07 5076 CRB**

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Peter J. Drobac, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC and Stuart Weitzman San Francisco, LLC), in the above-captioned action. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the electronic signature of Douglas A. Linde, counsel of record for Plaintiff, Sonja Klimp, appearing in the signature block of the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**, is the signature of Douglas A. Linde, and that I have been authorized to file the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** on his behalf**.**

Executed on the 27th day of December, 2007 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Peter J. Drobac