1  Daniel E. Alberti (68620)
   dalberti@mwe.com
2  Peter J. Drobac (191079)
   pdrobac@mwe.com
3  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
4  Palo Alto, CA 94304-1212
   Telephone:   650.813.5000
5  Facsimile:    650.813.5100

6  Attorneys for Defendants STUART WEITZMAN
   HOLDINGS, LLC (SUED AS STUART WEITZMAN
7  RETAIL STORES, LLC, STUART WEITZMAN SAN
   FRANCISCO, LLC)
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13

14  SONJA KLIMP, on behalf of herself and        CASE NO.:  C 07 5076 CRB
    All others similarly situated,
15                                                **STIPULATION TO EXTEND TIME FOR
              Plaintiff,                          DEFENDANT TO FILE RESPONSIVE
16                                                PLEADING TO INITIAL COMPLAINT**
         v.
17
    STUART WEITZMAN RETAIL STORES,
18  LLC.; STUART WEITZMAN SAN
    FRANCISCO, LLC, and DOES 1 through
19  10, inclusive,

20            Defendants.

21

22

23

24

25

26

27

28

**STIPULATION TO EXTEND TIME FOR DEF. TO
FILE RESPONSIVE PLEADING TO INITIAL                    CASE NO.:  C 07 5076 CRB
COMPLAINT**

Pursuant to L.R. 6-1(a), it is hereby stipulated by and between the parties hereto, through their respective counsel, that Defendant may have an extension of time, to and including January 7, 2008, to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: December 27, 2007                    THE LINDE LAW FIRM


By:  /s/ Douglas A. Linde
     Douglas A. Linde
     Chant Yedalian
     Erica L. Allen

     Attorneys for Plaintiff
     SONJA KLIMP

Dated: December 27, 2007                    MCDERMOTT WILL & EMERY LLP


By:  /s/ Peter J. Drobc
     Daniel E. Alberti
     Peter J. Drobac

     Attorneys for Defendant STUART
     WEITZMAN HOLDINGS, LLC (SUED AS
     STUART WEITZMAN RETAIL STORES,
     LLC, STUART WEITZMAN SAN
     FRANCISCO, LLC)

January 8, 2008

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

STIPULATION TO EXTEND TIME FOR DEF. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT        2        CASE NO.: C 07 5076 CRB

**DECLARATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

I, Peter J. Drobac, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC and Stuart Weitzman San Francisco, LLC), in the above-captioned action. I am a member of good standing of the State Bar of California and am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I attest that the electronic signature of Douglas A. Linde, counsel of record for Plaintiff, Sonja Klimp, appearing in the signature block of the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**, is the signature of Douglas A. Linde, and that I have been authorized to file the **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT** on his behalf.

Executed on the 27th day of December, 2007 at Palo Alto, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

/s/ Peter J. Drobac

**STIPULATION TO EXTEND TIME FOR DEF. TO FILE RESPONSIVE PLEADING TO INITIAL COMPLAINT**   3   **CASE NO.: C 07 5076 CRB**