Douglas A. Linde, SBN 217584, dal@lindelaw.net
Chant Yedalian, SBN 222325, cy@lindelaw.net.
Erica L. Allen, SBN 234922, ela@lindelaw.net
The Linde Law Firm
9000 Sunset Boulevard, #1025
Los Angeles, CA 90069
Telephone: (310) 203-9333
Facsimile: (310) 203-9233

Attorneys for Plaintiff SONJA KLIMP,
on behalf of herself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA KLIMP, on behalf herself of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>STUART WEITZMAN RETAIL STORES, LLC; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO.: C07-5076 CRB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE; [PROPOSED] ORDER THEREON**<br><br>Judge: Honorable Charles R. Breyer<br>Conference: February 22, 2008<br>8:30 a.m.<br>Courtroom 8<br><br>Action Filed: October 2, 2007<br>Trial Date: None |

**TO THE HONORABLE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD HEREIN:**

Douglas A. Linde, counsel of record for Plaintiff Sonja Klimp, (310) 203-9333 phone, (310) 203-9233 FAX, respectfully requests permission to appear at the Case Management Conference, set for February 22, 2008, at 8:30 a.m., by telephone.

Good cause supports this request as Counsel maintains his office in Los Angeles and does not maintain an office in San Francisco.

Based upon the foregoing, Counsel for Plaintiff, respectfully requests

1.

permission to participate in the February 22, 2008, Case Management Conference, by telephone.

DATED: February 18, 2008        THE LINDE LAW FIRM

By:   /s/ Douglas A. Linde
Douglas A. Linde
Chant Yedalian
Erica L. Allen
Attorneys for Plaintiff

## [PROPOSED] ORDER

Based upon the foregoing, the request for telephonic appearance is GRANTED.

DATED: _____        _____

Hon. Charles R. Breyer

United States District Judge