Clerk's Use Only

Initial for fee pd.:

Type name, address, phone number of applicant here
Wilber H. Boies, P.C., McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, Illinois 60606, tel. # (312) 372-2000

FILED

08 FEB 20 PH 3: 39

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Sonja Klimp, on behalf of herself and all others similarly situated,

Plaintiff(s),

v.

Stuart Weitzman Retail Stores, LLC; Stuart Weitzman San Francisco, LLC, and Does 1 through 10, inclusive,

Defendant(s).

CASE NO. C 07 5076 CRB

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Wilber H. Boies, P.C.         , an active member in good standing of the bar of the State of Illinois         , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant         in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel E. Alberti (68620), McDermott Will & Emery, LLP 3150 Porter Drive, Palo Alto, CA 94304-1212, tel. # (650) 813-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-18-08