UNITED STATES DISTRICT COURT

Northern District of California

Sonja Klimp, on behalf of herself and all others simiarly situated,

                Plaintiff(s),

v.

Stuart Wetizman Retail Stores, LLC; Stuart Weitzman San Francisco, LLC; and Does 1 through 10, inclusive

                Defendant(s). /

CASE NO. C 07 5076 CRB

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Wilber H. Boies, P.C. , an active member in good standing of the bar of the State of Illinois, whose business address and telephone number (particular court to which applicant is admitted) is

McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, Illinois 60606, tel # (312) 372-2000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                      United States District    Judge
                                      **Charles R. Breyer**