**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 22, 2008**

**C-07-05076** CRB

**SONJA KLIMP v. STUART WEITZMAN RETAIL STORES**

Attorneys:    Douglas Linde (telephone)         Daniel Alberti

                                                  Wilber Boies

Deputy Clerk: **BARBARA ESPINOZA**        Reporter: **Not Reported**

**PROCEEDINGS:**                                                        **RULING:**

1. Initial Case Management Conference  -  Held

2.

3.

**ORDERED AFTER HEARING:**

Discovery to go forward on the issue of willfullness. Motion for summary judgment re willfullness filed by 5/02/2008; opposition filed by 7/11/2008 ; reply filed by 7/25/2008. Defendants to make individuals available for deposition and are to produce documents

( ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO August 8, 2008 @ 10:00 a.m. for Motion for Summary Judgment

Discovery Cut-Off _____                         Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                  Deft to Name Experts by _____
P/T Conference Date _____     Trial Date _____     Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____