UNITED STATES DISTRICT COURT

Northern District of California

Sonja Klimp, on behalf of herself and all others simiarly situated,

                Plaintiff(s),

v.

Stuart Wetizman Retail Stores, LLC;
Stuart Weitzman San Francisco, LLC; and
Does 1 through 10, inclusive

                Defendant(s).

CASE NO. C 07 5076 CRB

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Wilber H. Boies, P.C., an active member in good standing of the bar of the State of Illinois, whose business address and telephone number (particular court to which applicant is admitted) is

McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, Illinois 60606, tel # (312) 372-2000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 22, 2008



IT IS SO ORDERED
Judge Charles R. Breyer