| Clerk's Use Only |
|---|
| Initial for fee pd.: |

Type name, address, phone number of applicant here
Charles M. Evans, McDermott Will & Emery, LLP,
227 West Monroe Street, Chicago, IL 60606, Tel. # (312) 372-2000

*FILED*
*08 FEB 22 PM 1:33*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sonja Klimp, on behalf of herself and all
others similarly situated,

                Plaintiff(s),

    v.

Stuart Weitzman Retail Stores, LLC; Stuart
Weitzman San Francisco, LLC, and Does 1
through 10, inclusive,

                Defendant(s).

CASE NO. C 07 5076 CRB

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

    Pursuant to Civil L.R. 11-3, Charles M. Evans, an active member in good standing of the bar of the State of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendant in the above-entitled action.

    In support of this application, I certify on oath that:

    1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Daniel E. Alberti (68620), McDermott Will & Emery, LLP, 3150 Porter Drive, Palo Alto, CA 94304-1212, Tel. # (650) 813-5000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 21, 2008

_____
Charles M. Evans