FED 22 PH 4: 3

CLERK U UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
Northern District of California

Sonja Klimp, on behalf of herself and all
others similarly situated,

CASE NO.   C 07 5076 CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Plaintiff(s),
v.

Stuart Weitzman Retail Stores, LLC;
Stuart Weitzman San Francisco, LLC; and
Does 1 through 10, inclusive,

Defendant(s).
_____/

Charles M. Evans                                , an active member in good standing of the bar of

the State of Illinois                              whose business address and telephone number

(particular court to which applicant is admitted)

is

McDermott Will & Emery, LLP, 227 West Monroe Street, Chicago, IL 60606,
Tel. # (312) 372-2000

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Defendant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 25, 2008



IT IS SO ORDERED
Judge Charles R. Breyer