1  Daniel E. Alberti (68620)
   Peter J. Drobac (191079)
2  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:    650.813.5000
4  Facsimile:    650.813.5100

5  Wilber H. Boies, P.C. (admitted *pro hac vice*)
   Charles M. Evans (admitted *pro hac vice*)
6  **McDERMOTT WILL & EMERY LLP**
   227 West Monroe Street
7  Chicago, IL 60606-5096
   Telephone:    312.372.2000
8  Facsimile:    312.984.7700

9  Attorneys for Defendant STUART WEITZMAN
   HOLDINGS, LLC (SUED AS STUART WEITZMAN
10 RETAIL STORES, LLC, STUART WEITZMAN
   SAN FRANCISCO, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.:  C 07 5076 CRB<br><br>**MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY BY ONE WEEK** |

Pursuant to Federal Rule of Civil Procedure 26(c) and L.R. 6-1 Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC, Stuart Weitzman San Francisco, LLC) hereby moves for an extension of time to respond to Plaintiff's discovery to and including March 8, 2008.  Attached hereto is the Declaration of Charles M. Evans in support of this Motion and [Proposed] Order.

1  .

2  Dated: February 28, 2008                    MCDERMOTT WILL & EMERY LLP

3

4                                              By:   /s/ Charles M. Evans
5                                                    Daniel E. Alberti
                                                     Peter J. Drobac
6
                                                     Wilber H. Boies, P.C.
7                                                    Charles M. Evans

8  Attorneys for Defendant STUART WEITZMAN
   HOLDINGS, LLC (SUED AS STUART
9  WEITZMAN RETAIL STORES, LLC, STUART
   WEITZMAN SAN FRANCISCO, LLC)

### DECLARATION OF CHARLES M. EVANS IN SUPPORT OF DEFENDANT'S MOTION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S DISCOVERY BY ONE WEEK

I, Charles M. Evans, declare as follows:

1. I am an attorney at the law firm of McDermott Will & Emery LLP, counsel of record for Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC and Stuart Weitzman San Francisco, LLC) ("Defendant"). I am a member in good standing of the State Bar of Illinois and am admitted to practice *pro hac vice* in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. On February 22, 2008, this Court held the Case Management Conference and entered a Case Management Order (Dkt. No. 16.). In the Case Management Order, this Court ordered that discovery be limited to the issue of willfulness. Defendant's responses to Plaintiff's outstanding Interrogatories and Document Requests (served on January 24, 2008) are now due only four business days after the Court's order limiting discovery to willfulness. Accordingly, Defendant conferred in good faith with Plaintiff and requested that Plaintiff agree to allow Defendant an extra eight calendar days to respond to the discovery. Specifically, Defendant requested that Plaintiff agree that Defendant have until March 8, 2008 to serve responses to Plaintiff's Discovery. Plaintiff has not agreed to this extension.

3. If this Court does not grant this request, Defendant Stuart Weitzman will be substantially prejudiced in that it will not be able to appropriately respond to Plaintiff's Discovery.

4. The parties previously filed, and the Court granted, two stipulations to extend time for Defendant Stuart Weitzman to respond to the Complaint. (Dkt. Nos. 5, 6, 7, 9.)

5. This is Defendant's only request to extend the time in which to respond to Plaintiff's discovery.

6. This request for modification of time will not alter any other dates previously

1  entered by this Court.

2  Executed on the 28th day of February, 2008 at Chicago, Illinois.  I declare under penalty

3  of perjury under the laws of the United States that the foregoing is true and correct.

5  /s/ Charles M. Evans

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto

# [PROPOSED] ORDER

_____**Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery is Granted. Defendant is hereby given up to and including March 8, 2008 to serve responses to Plaintiff's outstanding discovery.**

_____**In addition the Court orders:**

_____

_____

_____

_____

_____

_____

_____

Dated: _____                       _____
                                             Hon. Charles R. Breyer
                                             UNITED STATES DISTRICT JUDGE

**MOT TO EXT TIME FOR DEF TO RESPOND TO PLF'S DISCOVERY BY ONE WEEK**     5     **CASE NO.: C 07 5076 CRB**

# PROOF OF SERVICE

I, Charles M. Evans, declare:

I am a resident of the State of Illinois and over the age of eighteen years. My business address is 227 West Monroe Street, Chicago, Illinois. On February 28, 2008, I served the within document:

**MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY BY EIGHT DAYS**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Chicago, Illinois addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for overnight delivery.

☒ by electronically mailing a true and correct copy through McDermott, Will & Emery's electronic mail system at the e-mail address(es) set forth below.

Douglas A. Linde, Esq.
dal@lindelaw.net
Chant Yedalian, Esq.
cy@lindelaw.net
Erica Leigh Allen, Esq.
**THE LINDE LAW FIRM**
9000 Sunset Boulevard, Suite 1025
Los Angeles, CA   90069
Telephone:  310.203.9333
Facsimile:  310.203.9233

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 28, 2008 at Chicago, Illinois.

                                         s/ Charles M. Evans
                                         Charles M. Evans

CHI99 4948601-1.070670.0013

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto