1  Daniel E. Alberti (68620)
   Peter J. Drobac (191079)
2  **MCDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
3  Palo Alto, CA 94304-1212
   Telephone:   650.813.5000
4  Facsimile:   650.813.5100

5  Wilber H. Boies, P.C. (admitted *pro hac vice*)
   Charles M. Evans (admitted *pro hac vice*)
6  **MCDERMOTT WILL & EMERY LLP**
   227 West Monroe Street
7  Chicago, IL 60606-5096
   Telephone:   312.372.2000
8  Facsimile:   312.984.7700

9  Attorneys for Defendant STUART WEITZMAN
   HOLDINGS, LLC (SUED AS STUART WEITZMAN
10 RETAIL STORES, LLC, STUART WEITZMAN SAN
   FRANCISCO, LLC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and All others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through 10, inclusive,<br><br>Defendant. | CASE NO.:  C 07 5076 CRB<br><br>**MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S DISCOVERY BY ONE WEEK** |

Pursuant to Federal Rule of Civil Procedure 26(c) and L.R. 6-1 Defendant Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC, Stuart Weitzman San Francisco, LLC) hereby moves for an extension of time to respond to Plaintiff's discovery to and including March 8, 2008.  Attached hereto is the Declaration of Charles M. Evans in support of this Motion and [Proposed] Order.

1  entered by this Court.

2  Executed on the 28th day of February, 2008 at Chicago, Illinois.  I declare under penalty

3  of perjury under the laws of the United States that the foregoing is true and correct.

5                                                                   /s/ Charles M. Evans

# [~~PROPOSED~~] ORDER

CRB  Defendant's Motion for Extension of Time to Respond to Plaintiff's Discovery is Granted. Defendant is hereby given up to and including March 8, 2008 to serve responses to Plaintiff's outstanding discovery.

_____ In addition the Court orders:

_____

_____

_____

_____

_____

_____

_____

Dated: February 29, 2008



_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**MOT TO EXT TIME FOR DEF TO RESPOND TO PLF'S DISCOVERY BY ONE WEEK**     5     **CASE NO.: C 07 5076 CRB**