UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated, | ) ) ) | **AFFIDAVIT OF PHIL KODROFF** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. C 07 5076 |
| STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through -10, inclusive, | ) ) ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF PHIL KODROFF

1.     My name is Phil Kodroff. The factual statements contained in this Affidavit are true and correct and are either within my personal knowledge or based on my review of information sufficient to certify that the statements are accurate. If called upon to testify, I could competently testify to such facts.

2.     I am Executive VP of Information Technology and Distribution for Stuart Weitzman Holdings, LLC (sued as Stuart Weitzman Retail Stores, LLC). I am responsible for all of Stuart Weitzman's contracts with vendors that provide services for the operations of Stuart Weitzman's retail stores, including vendors that provide Stuart Weitzman with the systems it uses to generate customer receipts at the point of sale.

3.     Stuart Weitzman uses two distinct systems to generate receipts at the point of sale, a system using the software Retail Pro, and a system that relies on hypercom terminals and associated software.

4.      Stuart Weitzman has relied on third-party vendors implement these systems. Stuart Weitzman has also relied on these third-party vendors to ensure that receipts printed from these systems complied with all applicable laws. Stuart Weitzman has a small corporate headquarters staff and does not have an inside counsel or a legal compliance officer. The Retail Pro System was provided to Stuart Weitzman by Business Automation Consultants, Inc. (now known as Retail Technology Experts), Retail Pro's software dealer. The Hypercom System was provided to Stuart Weitzman through its Card Processing Agreement with Bank of America and BA Merchant Services, LLC.

5.      Prior to the conversion explained below, Stuart Weitzman only used the Hypercom System. This Hypercom System does not print more than the last four digits of the credit card or debit card used at the point of sale and does not print the expiration date of the credit card or debit card.

6.      In September of 2005, Stuart Weitzman began to convert its stores to the Retail Pro System. The Hypercom System continued to be used during the conversion to Retail Pro and is still used today as a backup. The San Francisco store, which I understand to be the subject of this lawsuit, was converted to Retail Pro in November of 2005 as shown by the work order we have in our records. *See* Exhibit A.

7.      The Retail Pro System as provided to Stuart Weitzman by Business Automation Consultants did not print more than the last four digits of the credit card or debit used in the transaction, but did print the expiration date on the receipt of the credit card or debit card used in the transaction. Retail Pro's software dealer, Business Automation Consultants, was responsible for installing the Retail Pro software. Stuart Weitzman relied on Business Automation

- 2 -

Consultants to ensure that receipts printed with Retail Pro software complied with applicable law.

8.    Stuart Weitzman became aware of the Fair and Accurate Credit Transactions Act in July of 2007 when the lawsuit *Aliano v. Stuart Weitzman Retail Stores, LLC*, Case No. 07 C 3814, was filed in the District Court for the Northern District of Illinois alleging that certain of Stuart Weitzman's receipts violated FACTA.

9.    Prior to the *Aliano* lawsuit, I was not aware of FACTA nor was I aware of its specific requirements with regard to credit/debit card numbers or expiration dates. Moreover, to my knowledge, which is based on a thorough investigation of the events leading to this lawsuit and a diligent search of Stuart Weitzman's records and documents, no one at Stuart Weitzman was aware of FACTA or its specific requirements.

10.    None of the records or documents uncovered during this search or for discovery during this lawsuit refer to FACTA or any requirement under federal law regarding the suppression or omission of expiration dates on customer receipts printed at the point of sale. The only documents we have located discussing credit card numbers and expiration dates as a result of this search are as follows:

(a)    the 2005 Edition of a Merchant Start-Up Manual from BA Merchant Services. *See* Exhibit B. This manual has a section entitled "Account Number Truncation on Receipts." In this section, BA Merchant Services states that "[s]everal states" have passed cardholder account truncation laws that require merchants to print only the last four digits of the account number and to suppress the expiration date. The manual states that as a result, VISA and MasterCard also mandated these requirements. There is no mention of FACTA or any mention of federal law.

- 3 -

(b)    an email dated April 27, 2007 that was sent to Maria Hartman, internal accountant for Stuart Weitzman, from Discover Network. *See* Exhibit C. This email states that "[w]here required by law, Merchants must truncate Card numbers and mask Card expiration dates on transaction documentation."

11.    Stuart Weitzman received a copy of the *Aliano* complaint informally on July 9, 2007. On July 12, 2007, Stuart Weitzman discussed the complaint with its attorneys. By July 15, 2007, Stuart Weitzman had reconfigured its Retail Pro software to eliminate expiration dates from customer receipts. *See* Exhibit D.

12.    During July 2007, after the filing of the *Aliano* lawsuit, Stuart Weitzman made inquiries to Business Automation Consultants regarding whether the Retail Pro software and the printed receipts it generated complied with applicable laws. Business Automation Consultants was adamant in reassuring Stuart Weitzman that receipts printed with Retail Pro software complied with federal laws and applicable rules and regulations. Business Automation Consultants told Stuart Weitzman that thousands of retailers printed the expiration date on customer receipts as of July 2007 and that all of those retailers could not be interpreting the law incorrectly. *See* Exhibit E. Despite the position of Business Automation Consultants, Stuart Weitzman promptly removed the expiration dates from its customer receipts in July 2007.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May, / 2008.

Phil Kodroff

CHI99 4973106-1.070670.0013

- 4 -

# EXHIBIT A



Business Automation Consultants
14750 NW 77th Court, Suite 110
Miami Lakes, FL 33016
Phone 305-231-0000 • Toll-free 800-513-5917
After-Hours 888-580-0048 • Fax 305-231-0010
E-mail sales@businessautomation.com
Web www.businessautomation.com

**PROPOSAL SUMMARY**

STUART WEITZMAN
SAN FRANCISCO REMOTE

| ITEM | ITEM DESCRIPTION | QTY | PRICE | EXT |
|------|------------------|-----|-------|-----|
| 1 | Retail Pro System - San Francisco Remote | 1 | $14,416 | $14,416 |
| | Subtotal | | | $14,416 |
| | | | | |
| | HARDWARE/SOFTWARE PACKAGE DISCOUNT | 5% | | ($721) |
| | | | | |
| | Total (without Sales Tax) | | | $13,695 |
| | | | | |
| | Travel Charges to be determined | | | TBD |
| | | | | |
| | **Total (without Sales Tax)** | | | **$13,695** |
| | | | | |
| | Unlimited Monthly Support - Additional | | $105 | |
| | | | | |
| | **Total** | | | **$13,695** |
| | Terms of Purchase: | | | |
| | **50% Deposit** | | | **$6,848** |
| | **50% Due Upon Delivery** | | | **$6,848** |

Sales Tax, Travel Charges, Shipping and Handling are not included in above prices.

Thank you for the opportunity. Please call us at 800-513-5917 for all your computing
needs (Hardware, Software, Training).

PRICES VALID FOR 30 DAYS ONLY

Authorization Signature: _____

Date Authorized: _____11 | 01 | 05_____

SWKL000010

# EXHIBIT B



BA Merchant Services

Merchant Start-Up Manual

Bank of America

SWKL000027

AUTOMATED RESPONSE UNIT
(800)936-2632
MID:430134840140889
MC/Visa/DINERS/DISCOVER/AMEX

CUSTOMER SERVICE 1800-228-5892
TDD/TDYY 1800-685-1069



**RECOVERED CARDS**
**MC  VISA  DINERS CLUB**
**Mail to:**

Card Recovery
P.O. Box 33277
Louisville, KY 40232-3277
Questions: 1-800-672-1964 ext. 2929
cardrecovery@npc.net

SWKL000030



SWKL000031



SWKL000032

Dear Valued Customer:

On behalf of BA Merchant Services, LLC ("BA Merchant Services"), we would like to welcome you to our growing list of merchants. For more than thirty years, BA Merchant Services has been dedicated to providing our customers with superior products and outstanding service.

Our Merchant Support department is staffed 24 hours a day, seven days a week with courteous, well-trained personnel to assist with any questions you may have. BA Merchant Services employees are trained to be subject-matter experts in key industries. This industry-specific focus enables us to better understand the unique processing needs of each client. It also allows BA Merchant Services to develop industry-specific solutions and resolve customer inquiries with speed and accuracy. We are excited about the opportunity to provide your Card processing needs and assure you of our strong commitment to quality service and product support.

Again, thank you for selecting BA Merchant Services. We appreciate your choice, and are committed to providing you the very highest level of service.

Sincerely,

BA Merchant Services Merchant Set-Up Team

SWKL000033

**Table of Contents**

Summary of Card Acceptance Procedures .................................................... 6

BA Merchant Services Start-Up Kit ......................................................... 9

Equipment Replacement ...................................................................... 10

Basic Equipment Troubleshooting ......................................................... 12

Fraud – Protecting Your Business ......................................................... 13

Transaction Documentation ................................................................. 16

Voice Authorization Procedures ........................................................... 17

ARU Voice Authorization Procedures (If Applicable) ................................. 19

Card Recovery Voice Authorization ....................................................... 20

Recovered Card Procedures ................................................................. 21

Handling Returns & Exchanges ............................................................ 23

Security Tips ..................................................................................... 25

Telephone and Mail Orders; Recurring Sales; E-Commerce .................... 27

Chargeback and Retrieval Procedures .................................................. 31

Example A – Retrieval Request Sample ................................................. 35

Example B – Chargeback Adjustment Advice ........................................ 36

Example C – Chargeback Adjustment Reversal ...................................... 37

SWKL000034

## Summary of Card Acceptance Procedures

To help you comply with VISA®, MasterCard® and other Card Organization regulations, the following precautions should become a part of your daily business practice. These procedures also will reduce risk to your business and increase the profitability associated with accepting Cards for payment.

### 1| Examine the Card

Determine the validity of the Card using the following checklist:

- Verify that the "valid from" and expiration dates are current.
- Check to see that the Card is signed on its signature block.
- If applicable, determine that the user of the Card resembles any photograph on the Card marked for identification.
- For VISA® and MasterCard® Cards, look for the VISA® or MasterCard® logo and an appropriate hologram on the front or back of the Card. The proper hologram for VISA® is a dove in flight. For MasterCard®, it is interlocking globes behind a world map. The final four digits of the embossed account number should extend into the hologram.
- VISA® account numbers begin with the number 4 and have 16 digits. MasterCard® account numbers begin with a 5 and have 16 digits.
- The first four digits of VISA® Card account numbers appear in small print above or between the embossing. The first four embossed account numbers should match the printed numbers.
- Compare the account number or truncated portion of the account number appearing on the Card's signature panel to the embossed account number on the face of the Card. (Some Cards contain an additional three numbers on the signature panel after the Card number.)

### 2| Watch for fraud

The following list of security features should help you spot counterfeit Cards and head off fraudulent use of Cards. Verify that:

- Printing on the Card appears distinctly and clearly, and letters are not fuzzy or crooked.
- Embossed characters are straight, correctly spaced and uniform in size, height, style and alignment.
- There are no signs of tampering or alterations on the signature panel, the security hologram, any of the embossed numbers or the magnetic stripe.

SWKL000035

- Signature panels do not appear discolored, glued, taped or painted.
  Any attempts at erasure should expose the word "VOID."
- The embossed account number is the same as the number displayed and/or printed by the terminal if you are using a terminal that reads and displays, or reads and prints, the magnetic stripe information on the Card.
- The last four digits of the Cardholder's account number that you manually key into the terminal match the terminal display, if you have this security feature.

### 3| Obtain an imprint of the Card

You must make Card imprints to show that a Card is present for a particular transaction. You can make imprints manually with an imprinter, or electronically with a Point-of-Sale device that reads the information from the Card's magnetic stripe. Any transaction for which the authorization is obtained by calling the voice authorization operator, or for which the account number is manually keyed into a terminal, requires a manual imprint of the Card on a completed sales draft, signed by an authorized Cardholder on that imprinted draft. Merchants who are authorized to accept mail, phone, or Internet order transactions are not required to obtain Card imprints on those transactions.

### 4| Obtain an authorization

All Card transactions require authorization for the full amount of any sale. You may request authorization only for a bona fide Card transaction. Once declined, authorization requests must not be honored or resubmitted. Instead, you may request another form of payment. You cannot make authorization requests to determine or test Cardholder credit limits.

### 5| Obtain and compare signatures

You must make a reasonable effort to determine that the signature on the sales draft matches the signature on the back of the Card, as judged by spelling and handwriting. The signature on the back of the Card may be different from the name embossed or printed on the face of the Card. An example of acceptable and unacceptable signatures for one particular situation is as follows:

| | |
|---|---|
| Card is embossed with: | "Patrick D. Jones" |
| Back of Card is signed: | "Pat Jones" |
| Acceptable signatures: | "Patrick D. Jones," "Patrick Jones," "Pat D. Jones," "P.D. Jones," "P. Jones" or "Pat Jones" |
| Unacceptable signatures: | "B. Jones," "Pat Jons" or "Robert Jones" |

SWKL000036

Return the Card to the Cardholder only after a sales draft has been signed and you have compared the signatures. If a Card is presented to you unsigned, we strongly recommend that you make every effort to get the Cardholder to sign the Card before proceeding with the transaction. If the Cardholder declines, you have the right to request another form of payment. If you complete the transaction with an unsigned Card, you may be liable for a chargeback, even if you are presented with a driver's license or other identification. Cards with the words "check identification" or similar language in the signature panel are considered unsigned Cards.

## 6| Settle your transactions promptly

Depositing or settling your transactions is the process that provides you with payment for Card transactions that you accept. For electronically processed Card transactions using a terminal, you should balance and transmit transactions to the designated process at least daily.

## 7| Be alert to fraud – Code 10 authorizations

If anything about the Card or the Card user is suspicious, call the voice authorization operator with a "Code 10" authorization request. The operator will ask you a series of questions designed to determine if the Card or Card user is fraudulent. These questions are deliberately asked so as not to alarm or alert your customer. Be sure to follow the operator's instructions precisely, but don't place yourself or anyone on your staff in physical danger by confronting a customer. If a Cardholder refuses to allow you to retain the Card, do not engage in any physical confrontation. BA Merchant Services is not liable to you, your employees or anyone else for injuries or damages resulting from a physical challenge or confrontation. In addition to avoiding Card transactions that may result in a financial loss for your business, being alert to potentially counterfeit or fraudulent Card activity may provide you with financial rewards. If you are advised in response to an Authorization request to confiscate a Card, you may be eligible for a reward of not less than $50.00 and potentially as high as $250.00.

8    BA Merchant Services

SWKL000037

## BA Merchant Services Start-Up Kit

We are excited that you have selected BA Merchant Services as your solution for bankcard processing and wish you success and profit in the years to come. Your BA Merchant Services start-up kit contains the tools that will assist you in the process of accepting transactions electronically or on paper (if you are not utilizing a point-of-sale terminal).

Your kit contents may vary depending on your processing needs and will include a start-up letter, plus the standard items described below. Please check your kit carefully for the items listed. Additional supplies can be ordered by calling the phone number provided or by contacting the BA Merchant Services Customer Service Help Desk for ordering information.

### Packing Slip
- This slip will identify the item(s) you should have received in your start-up kit.

### Imprinter Plate
- The imprinter plate should be affixed to your imprinter prior to accepting your first transaction. The plate identifies your business location and the merchant account number assigned to you by BA Merchant Services. Please discard any old plate you may have.

### Voice Authorization Sticker
- Voice authorization sticker(s) will be in the start-up kit containing updated information to be utilized when dialing for a voice authorization. Your voice authorization sticker will have the telephone number for contacting BA Merchant Services' Help Desk, which is available 24 hours a day, seven days a week. Please discard any previous voice authorization procedures and/or stickers you may have. **This process should only be used when you are unable to authorize electronically or when you do not use an electronic terminal in your business for card approval.**

### Quick Reference Guide
- This guide will walk you through the most commonly used functions on your point-of-sale terminal. Please keep your guide near your terminal for quick access.

SWKL000038

**Sales / Credit Drafts**
- Sales/Credit Drafts may be used for manual processing or when a printer receipt is not available.

**Decals**
- Decals should be displayed within your business to identify the Card types you have elected to accept.

**NOTE:** If you have received point-of-sale equipment, please do not remove the serial number located on the bottom of the unit. The serial number is unique to the unit and should be retained for your records. This information will be required in the event you need a replacement unit. Should you need assistance or further explanation of your kit, please contact our Help Desk 24-hours a day seven days a week.

## Equipment Replacement

**Manufacturer Warranty**
Warranty coverage on new equipment may vary depending on the manufacturer, model, and type. Please consult the manufacturers warranty included with the shipment of your equipment for terms of coverage.

**BA Merchant Services Equipment Maintenance Program**
BA Merchant Services does not warrant the operation of new equipment will be uninterrupted or error free. However, BA Merchant Services does offer an Equipment Maintenance Program for purchased and leased equipment without an initial fee payment. The BA Merchant Services Equipment Maintenance Program offers coverage for purchased equipment for a period of 1-year from the date of purchase. For leased equipment BA Merchant Services offers an Equipment Maintenance Program for the length of the lease term. Please consult your application and/or lease contract for equipment payment method and/or lease terms.

Should the equipment become dysfunctional, please contact BA Merchant Services Terminal Support. If reasonable troubleshooting with a Terminal Support Representative fails, replacement equipment may be requested. If the equipment is within the time frame of the Equipment Maintenance Program outlined above, a refurbished replacement,

SWKL000039

or like piece of equipment, will be sent via overnight shipping. A $100 handling fee will be charged for the replacement within the coverage periods mentioned above. Any replacement requested outside the coverage period can be fulfilled for a $189 handling fee. Fees are subject to change. In addition, a request for the return of the defective equipment (at no charge) will be sent. Failure to return the defective equipment, or if upon return the defects are deemed a result of misuse, a charge for the sale price of the refurbished replacement equipment will result.

The Equipment Maintenance Program is not related to any manufacturer's warranty that may cover this equipment. Please contact the manufacturer of the equipment directly to verify warranty coverage and terms. If manufacturer's warranty covers defective equipment, repairs/replacements may be requested directly from the manufacturer instead of utilizing the above program.

**To ensure proper replacements, please read the following:**

**1|** If the BA Merchant Services Terminal Support area diagnoses your equipment as being defective, a replacement terminal will be shipped via next day air freight (some restrictions may apply).

**NOTE:** When calling BA Merchant Services Terminal Support, please refer to the serial number of the defective unit.

**2|** When you receive the replacement equipment, place the defective equipment in the box in which you received the replacement unit. A pre-printed call tag will be issued in the box with the replacement unit. Defective equipment must be shipped back within ten (10) days of receiving the replacement equipment, using the provided call tag. If defective equipment is not returned, you will be billed for the current value of the equipment.

**3|** When BA Merchant Services receives the defective equipment, the defects will be evaluated. If the defects are deemed a result of misuse, additional charges may apply.

**Equipment Replacement Summary**

- New equipment purchased from BA Merchant Services that is deemed defective within 30 days from date of purchase will be replaced with a new unit at no additional cost.
- Equipment that is deemed defective after 30-days may be replaced under the BA Merchant Services Equipment Maintenance Program for $100 up to 1-year after the date of purchase or for the length of the lease term for leased equipment.

SWKL000040

- Equipment that is deemed defective after 1-year from the date of purchase or outside the lease term for leased equipment may be replaced for a charge of $189.
- BA Merchant Services may apply additional charges if original equipment defects were a result of misuse.
- BA Merchant Services Equipment Maintenance Program rates are subject to change.
- Replacements of rental equipment are provided at no charge unless needed repairs are due to misuse.
- Manufacturer warranties may be utilized in lieu of the program described above. Please consult terms and conditions included with new equipment.

## Basic Equipment Troubleshooting

From time to time, you may have questions about how your processing equipment operates. To resolve equipment problems, first check to be sure:

1| The equipment has not been unplugged.

2| There is power running to the electrical outlet your equipment is using.

3| Your phone line is properly connected and is not being used by another device such as a fax machine or computer modem.

4| The printer is not out of paper.

5| Your terminal's magnetic card reader isn't dirty—check this by folding a clean piece of paper in half and sliding it through the reader three times.

If your printer isn't working, you may complete a transaction by imprinting the credit Card or neatly printing the information on the sales draft and getting the customer's signature. Also, remember to always get an authorization.

**NOTE:** If you do not get an imprint and do not get an authorization, you are at a higher risk for chargebacks.

Keep well stocked with these important supplies: printer paper, sales drafts and credit vouchers. This will ensure that you have sufficient supplies during peak periods.

SWKL000041

## Fraud – Protecting Your Business

All Card transactions should be electronically read (swiped). Numbers displayed on the monitor or receipt should be checked against those embossed on the Card being presented for payment. If your terminal does not display the Card number when swiped, please contact our Terminal Support area so that they can update your terminal.

Please read and follow these established guidelines:

- If a Card can not be electronically read, an imprint must be made of the Card
- Verify the signature on the receipt with the signature on the back of the Card that is presented for payment
- Do not accept a Card that appears to be physically altered
- Never process transactions through your terminal that belong to another business
- Do not accept Card numbers over the phone for sales without obtaining an authorization. For each Card transaction, if you receive an authorization, the authorization code must be recorded on the sales draft. If a Card transaction is declined, you must not complete the transaction, nor attempt to obtain an authorization for a different amount on the same Card. You must not divide a single transaction between two or more sales drafts using the same Card to avoid an authorization on the full amount of the Card transaction.
- Keep accurate records of all transactions.
- Be cautious of people making out-of-the-ordinary purchases

**NOTE:** If you suspect that a transaction is fraudulent, call and request a "Code 10" authorization from your voice authorization center immediately.

If you are presented with a Card that has not been signed, that cannot be printed on the transaction receipt or that has expired, you must review additional identification bearing the Cardholder's signature to validate identity, request the Cardholder to sign the Card and indicate the additional identification, including any serial number and expiration date, on the transaction receipt. Cards with signature panels reading, "See I.D." or equivalent language are considered unsigned. If the Cardholder refuses to sign the back of the Card, you may, at your discretion and risk of loss, complete the transaction, discontinue the transaction or request another form of payment. You are liable for transactions that are completed with: unsigned Cards, Cards that cannot be imprinted on the transaction receipts and expired Cards, and which result in chargebacks for those reasons.

SWKL000042

It is important that you review the above information with all employees and post fraud awareness inserts as a constant reminder.

The following chart offers specific information on how to detect an altered or counterfeit Card. Please share this information with your employees. Knowing what to look for can help prevent fraud!

| | Legitimate | Altered | Counterfeit |
|---|---|---|---|
| **Print Quality** | Clean, crisp clearly defined edges. MasterCard® or VISA® easily read. | | Colors may be "off", too dark or too light with fuzzy edges. The word MasterCard® may overlay improperly. |
| **Vinyl Quality** | Smooth to touch, colors will not scratch off with thumbnail. | Smooth to touch, surface may appear disturbed or uneven. | Smooth to touch, colors may scratch off. Colors may appear raised. |
| **Embossing** | Easily read, letters will be of same height, same size. | From the back of card, original numbers or letters may be detected. If re-embossing has occurred, the hologram may be damaged. | Uneven letters may not match each other in style or size. |
| **Signature Panel** | Has a repetitive VISA® or MasterCard® pattern. Those with the new diagonal, multi-color MasterCard® pattern may have the account number printed in the upper left-hand corner. | May be pure white. Appears glued or painted. May appear to have liquid-style correction fluid applied over the signature panel and then have been re-signed. The new MasterCard® multi-color signature panels are designed to show signs of tampering. A void pattern may be revealed under an altered signature panel. | |
| **Hologram** | VISA® Card will have the VISA® dove whose wings appear to move when the card is rotated. The vertically shaped hologram on MasterCard® 80/40 has two MasterCard® world designs that change places with the initials "MC" when the card is tilted. The new 80/20 MasterCard® hologram has a three dimensional world design, the MasterCard® world mark & exhibits multiple-color changes when rotated. All may be gold or silver. | | May not have a real hologram, but perhaps a shiny look-alike. |
| **Fine Line** | 80/40 MasterCard® Cards have repetitive fine line printing on the Card front. Crisp, clear fine line printing forms a border around the VISA® logo in the marks area, and around the MasterCard® logo on the back side of the 80/20 card. | | Because of the fine line printing, counterfeiters have a very difficult time maintaining the crisp, clean quality of the letters in the repetitive printing, and they may appear to be broken, blotchy, or filled in. |
| **VISA® BIN** | Applies to VISA® only, will have the first four digits of the embossing account number already preprinted on the Card. | | Number may not appear at all on counterfeit card. |

SWKL000043

### VISA® CVV and MasterCard® CVC Programs

The VISA® CVV (Card Verification Value) and MasterCard® CVC (Card Verification Code) are unique fraud protection values encoded on the magnetic stripe. During swiped transactions, this value is verified at the time of authorization to help reduce fraud. The Card Verification is determined by the Issuer based on a cryptographic process.

### VISA® CVV2, MasterCard® CVC2 and Discover® CID Program

The VISA® CVV2 (Card Verification Value 2), MasterCard® CVC2 (Card Verification Code 2) and Discover® CID are generated using a secure cryptographic process that is indent-printed into the tamper-evident signature panel on the Card or provided to a Virtual Account Holder. It may be used as an additional means of Cardholder verification during the referral process and is recommended to be used in all non-face-to-face transactions as a fraud prevention tool.

### How CVC and CVV Work

If you use a POS Software or Terminal for non-face-to-face transactions or have to manually key a transaction, you may be prompted for this information at the point of sale. If non-face-to-face, you should ask the customer to give you the three digit code that is printed on the signature panel and immediately key it into the device as prompted. Do NOT make note of the code in any way as this is a compliance violation.

Please note, CVV and CVC processing are not required, so transactions will not decline due to no match or not present. Transactions will approve even without CVV and CVC information. Listed below are the valid responses* associated with CVV and CVC processing.

The Discover® CID program requires entry of CID code on all manually entered Discover® Card transactions. If the terminal does not prompt for data, you are required to call 1-800-347-1111 and verbally give information to a representative to avoid additional fees.

| | |
|---|---|
| **M** | CVV2/CVC2 Match |
| **N** | CVV2/CVC2 No Match |
| **P** | Not Processed |
| **S** | Merchant has indicated that CVV2/CVC2 is not present on Card |
| **U** | Issuer is not certified and/or has not provided VISA® encryption keys |

\* Please note, actual terminal responses may vary based on terminal type and processing platform.

SWKL000044

## Transaction Documentation

**1|** Deliver sales draft to the Cardholder. You must deliver to the Cardholder an accurate and complete copy of the transaction receipt no later than the time of delivery of the goods or performance of services, using a form supplied or approved by us. You must provide the following information on the Cardholder's copy resulting from use of electronic processing terminals:

- Card account number
- Your name
- Your location code or city and state
- Card transaction amount
- Card transaction date
- Brief description of merchandise or services sold

**2|** Without exception, the authorization code must be legibly documented on the sales draft that is signed by the Cardholder.

**3|** When you manually prepare sales drafts and credit vouchers, you must do all of the following when honoring a Card:

- Enter on the sales draft the transaction date, a description of the merchandise and/or services sold in enough detail to identify the transaction and its amount (including any applicable taxes).
- With the exception of mail order, telephone order, preauthorized order, Internet order and recurring transactions, obtain the signature of the Cardholder on the sales draft but not before the total amount of the transaction is entered on it.
- With the exception of mail order, telephone order, preauthorized order, Internet order and recurring transaction, imprint legibly on the sales draft the embossed information from the Card and from your imprinter plate.
- Deliver a complete copy of the sales draft to the Cardholder at the time of the delivery of the goods or services.

**4|** Multiple Drafts

You must include on a single sales draft the entire amount due for each transaction (including applicable taxes), unless:

- The customer pays the balance of the amount due at the time of the transaction in cash or by check, or by using another Card for which the transaction is properly authorized and delivered to us.

16    BA Merchant Services

- All or a portion of the goods or services are to be delivered or performed at a later date, and the customer signs two separate sales drafts, one of which represents a deposit and the second of which represents payment of the balance, and the "balance" sales draft is completed only upon delivery of the goods or performance of the services. In the case of delayed payment of the balance due on a transaction, you must:
  - note on the sales drafts the word "deposit" or "balance," as appropriate
  - obtain prior authorization and note the authorization code(s) on the sales drafts and
  - not present the "balance" sales draft until all the goods are delivered or all the services are performed

## Voice Authorization Procedures

**It is recommended you use Voice Authorization procedures for the following reasons:**

- You process paper transactions (non-electronic)
- You are unable to obtain an authorization through your point-of-sale terminal
- You receive the message "Call Center" on your point-of-sale terminal

**Please follow the procedures below when calling for a voice authorization:**

- Dial the Voice Authorization Center 800 number located on your voice authorization sticker.
- A BA Merchant Services Customer Service Representative (CSR) will answer the call and request the following information:
  - Your merchant identification number
  - Cardholder account number (the account number is 13-16 digits in length)
  - Card expiration date (the date is four digits in the format of MMYY)
  - Dollar amount of the transaction (provide the amount in U.S. dollar and cents)
- The BA Merchant Services CSR will respond with an authorization number. Record this number on the sales draft.
- To complete the transaction, obtain a manual imprint of the Card using the same draft where the caller recorded the authorization number. Once you receive an approval, request that your customer sign the sales draft.

SWKL000046

If you obtained a voice authorization due to a terminal malfunction, hold all drafts until your replacement terminal arrives, then manually enter all transactions using the off-line function key (refer to your Quick Reference Guide for proper procedures).

**The following are responses that could be relayed to you by the BA Merchant Services CSR:**

- The approval code is XXXXXX
- The transaction has been declined
- The BA Merchant Services CSR may ask, "Is the Cardholder present?" The caller will state "yes/no"
  - The caller is placed on hold and the BA Merchant Services CSR will contact the issuing bank for a response. The CSR will return to the line once a response is received from the issuing bank and relay the response.
  - "That is a pick-up card. Are you comfortable retrieving the card?" If no, the caller will be instructed to follow their store policy.
  - If yes, the caller is instructed to cut the card in half and mail to the following address:

    **BA MERCHANT SERVICES RISK MANAGEMENT**

    **P.O. BOX 33277**

    **LOUISVILLE, KY 40232-3277**

**NOTES:**

**CODE 10 AUTHORIZATIONS**

The merchant is suspicious of the Card or Cardholder. To process a Code 10, the caller must state, "This is a CODE 10 Transaction."

**AVS** (Address Verification Service)

To process an AVS, the caller must state, "This is an AVS call."

If you have questions regarding these procedures or experience any difficulties, please contact the Customer Service Help Desk for assistance.

SWKL000047

## ARU Voice Authorization Procedures (If Applicable)

Please find below the instructions to obtain an authorization for the Automated Response Unit (ARU). You must have a touch-tone phone.

**1|** Dial the Voice Authorization Center 800 number.

**2|** Enter your merchant number when prompted.
   Press the " # " key to process
   Press the " * " key to re-enter your merchant number

**3|** Enter the Card number when prompted; it will be 13 to 16 digits in length.
   Press the " # " key to process
   Press the " * " key to re-enter your account Card number

**4|** Enter the expiration date when prompted; it must be in the format of MMYY.
   Press the " # " key to process
   Press the " * " key to re-enter the expiration date

**5|** Enter the dollar amount of the sale when prompted. Enter the amount in U.S. dollars and cents, **there is no need to enter a decimal**; the ARU system will automatically determine dollars and cents. (For example, for $139.89 - enter 13989 and the decimal will automatically be placed two digits from the right).
   Press the " # " key to process
   Press the " * " key to re-enter the dollar amount

**6|** The amount is automatically repeated to the caller for confirmation.
   Press the " # " key to confirm the amount
   Press the " * " key to re-enter the amount

**7|** To process authorization:
   Press the " # " key for normal authorization
   Press the " 1 " key for a Code 10
   Press the " 2 " key for Address Verification (AVS) with authorization
   **NOTE:** For a Code 10 and/or AVS authorization, the caller will be routed to the appropriate agent.

SWKL000048

8| "ARU" will relay an approval code; decline or the caller will be routed to a live agent. If the response is "Call-Me", the caller is routed to the appropriate agent.

9| The caller may:

Hang up

Press the " # " key for a new transaction

Press the " * " key to repeat the response

## Card Recovery Voice Authorization

**Voice authorization procedures are to be used in the following instances:**

- To obtain a "CODE 10" authorization
- The terminal is inoperable or cannot access the authorization system via its first or second dialing attempts
- The terminal displays a referral message (example: "CALL")
- The Card is not signed **(ALL CARDS MUST BE SIGNED)**

Once an approval is obtained from the voice operator the transaction must be manually keyed into the terminal. You **MUST** obtain an imprint of the Card for every manually entered transaction, even if you have a printer.

**Obtaining a "CODE 10" authorization:**

- Hold the credit Card
- Call your voice authorization center
- Inform the voice operator that you are requesting a "CODE 10" authorization
- The operator and/or the issuing bank will ask the merchant a series of "yes" or "no" questions. These questions are designed to avoid alerting the Cardholder to the merchant's suspicion
- Follow the operator's instructions

**Pick-Up Response**

If the voice operator instructs you to "Pick-Up" the Card, follow these instructions:

- Remain calm and courteous
- Inform the Cardholder that you have been instructed to retain the credit Card. If the Cardholder has questions, inform them to contact their Card-issuing

SWKL000049

bank for more information. The phone number of the issuing bank should appear on the back side of the Card.

- Attempt to retain the Cardholder's Card using peaceful and reasonable means. If the customer becomes agitated or threatens you in any way, return the Card immediately. Your safety is more important than recovering a Card. If you retain the Card, follow the procedures within this manual under the section for Recovered Card.

**Decline Response**

If the voice operator instructs you to "Decline" the Card, follow these instructions:

- Do not complete the sale. Remain calm and courteous.
- Inform the Cardholder that this credit Card has been declined and return the credit Card to the Cardholder. If the Cardholder has questions, inform them to contact their Card-issuing bank for more information. The phone number of the issuing bank should appear on the back side of the Card.
- Ask the customer for another form of payment.
- **DO NOT RETAIN THE CARD**

## Recovered Card Procedures

**Reward Policy – Recovered Cards**

Cut the Card in half lengthwise. **Be careful not to cut through the magnetic stripe.** Attach the cut credit Card to the completed Recovered Card form, located within your start-up kit. Failure to complete this form in its entirety may result in your staff forfeiting their opportunity to collect a reward. Mail this completed form and the cut credit Card to the following address:

> **BA MERCHANT SERVICES CARD RECOVERY**
> **P.O. BOX 33277**
> **LOUISVILLE, KY 40232-3277**

**Please keep a copy of this completed form and the cut credit Card for your records.** This copy will assist you if you need to contact BA Merchant Services regarding the status of a reward payment. Should you have questions regarding this procedure or need assistance, please call the number located on the Recovered Card form.

SWKL000050

**Recovered Card Information**
(MasterCard®, VISA®, Diners®)

| Account Number | Cardholder Name | Expiration Date |
|---|---|---|
| | | /    / |

PLEASE

TAPE CUT

CARD HERE

**REASON FOR RECOVERY** (Please check one)

☐ Terminal Response
☐ Authorization Instructions
☐ "Code 10" Authorization
☐ Found
☐ Other, please explain:

_____

_____

_____

**RECOVERY INFORMATION** (Person who recovered the card)

Recoverer's Name: _____

Date of Recovery: _____ Company Name: _____
                    (Month/Day/Year)

Street Address: _____

City, State, Zip: _____

Business Phone:  ( _____ ) _____

Authorization Merchant Number: _____

Please note that cards collected after expiration date or obtained incorrectly do not receive rewards.

22    BA Merchant Services

SWKL000051

## Handling Returns & Exchanges

**It is important to properly display your store return policy. It helps to limit returns and maintain your chargeback rights.**

In a retail business, it's a good idea to noticeably display your return and exchange policies in the store, and also print them on sales receipts. Some Card issuers do not require you to refund a transaction if your policies are clearly made known and posted as No Returns, Store Credit Only, or Exchange Only.

- To give customers a credit to their Card, you must correctly prepare the credit voucher for the Card being used.
- Ask for the customer's receipt and Card used for the original transaction.
- Follow the appropriate steps to process the credit transaction.
- Provide the customer with the Cardholder copy. File the merchant copy.

---

**FOR YOUR OWN SAFETY:**

- **Do not give a cash refund for merchandise purchased with a credit card.**
- **Do not credit refunds to any Card other than the Card used for the original transaction.**

---

**1|** If you maintain a policy of permitting refunds, exchanges, returns or adjustments for cash customers, you must maintain the same policy for persons making purchases using a Card. If you set any limits on refunds or returned merchandise, they must be clearly disclosed to the Cardholder at the time of the sale on the sales draft.

**2|** You may limit acceptance of returned merchandise and canceled services, or establish a policy of making price adjustments, if you make proper disclosure and deliver the purchased goods or services to the Cardholder at the time of the Card transaction. You have made proper disclosure at the time of the Card transaction if the following or similar words are legibly printed on all copies of the sales draft being presented to the Cardholder for signature:

- **"No refund"** – Merchant will not accept merchandise in return or exchange and will not issue a refund to a Cardholder.
- **"Exchange only"** – Merchant will only accept merchandise in immediate exchange for similar merchandise or a price equal to the amount of the original Card transaction.

SWKL000052

- **"In-store credit only"** – Merchant will accept merchandise in return and will deliver to the Cardholder an in-store credit for the value of the merchandise returned, which may be used only in the Merchant's place of business. Whichever policy you select must appear in letters approximately 1/4 – inch high and in close proximity to the space provided for the Cardholder's signature, and the sales draft must be signed by the Cardholder.

**3 |** Card transactions completed as telephone order, mail order, Internet order or any other transactions are not face-to-face between you and a Cardholder cannot be covered by any restrictive return policy for which verification of proper disclosure cannot be made.

**4 |** You must deliver to us a credit voucher for a refund or adjustment to the Cardholder account and deliver to the Cardholder a copy of the credit voucher at the time the refund or adjustment is made. You must include the refund date and amount, Cardholder account number and a brief description of the refund or adjustment on the credit voucher, in sufficient detail to identify the Card used and the original transaction. The amount of the credit voucher must not exceed the amount of the original transaction, except for any amount that you agree to reimburse the Cardholder for return postage.

**5 |** You will not make a refund or adjustment for a Card transaction in cash, except when required by law. You may not deliver a credit voucher to us for any refund or adjustment of a purchase not originating as a Card transaction with the same Cardholder requesting the refund or adjustment, a Card transaction not made with you or a Card transaction not originally processed by us. You will not complete a credit voucher for a Card issued to you or your employees, except for a valid refund of a transaction originating with you. You may not receive money from a Cardholder and subsequently deliver to us a credit voucher to make a deposit to the Cardholder's account.

24   BA Merchant Services

## Security Tips

BA Merchant Services will monitor your merchant processing account daily for exception transactions and may, upon reasonable grounds, suspend the disbursement of funds for any reasonable period of time required to investigate the unusual deposit activity.

**IMPORTANT NOTICE**
**Violation of any of the following rules may result in immediate termination of your merchant processing account.**

- A merchant should **NOT** under any circumstances, accept or process VISA® and MasterCard® sales for another merchant (business) through his credit card terminal. This is known as factoring of tickets.
- A merchant should **NOT** manually enter transactions in excess of the percentage stated on their merchant processing agreement without the written consent of BA Merchant Services.
- A merchant should **NOT** deposit any transactions for the purpose of obtaining or providing a cash advance.
- The merchant account should be activated within ninety (90) days of issuance of the merchant number, and should not be inactive for over ninety (90) days without notifying BA Merchant Services.
- A merchant should **NOT** impose a surcharge on credit Card transactions.
- A merchant should **NOT** require a Cardholder to provide additional identification or information when a credit Card is properly presented.
- A merchant should **NOT** change the basic nature of his business, including selling any products or services not related to the current business without notifying BA Merchant Services in writing.
- A merchant should **NOT** change ownership or transfer control of business without notifying BA Merchant Services in writing.
- The merchant should obtain an imprint of the credit Card when it cannot be swiped through the credit card terminal.
- The merchant should obtain the Cardholder's signature on all sales.
- The merchant should close his terminal daily to transmit transactions promptly and avoid non-qualifying transactions. If a merchant's terminal is programmed to auto close, merchant should verify daily that the terminal has transmitted all transactions.
- A merchant should **NOT** split a ticket on any transactions.

SWKL000054

**PIN Pad Entry**

If you are accepting debit transactions, utilizing a PIN Pad that requires a PIN entry, please observe the following security measures.

- Do not accept a PIN from the Cardholder, written or oral.
- PIN entries must be entered by the Cardholder using the PIN pad.
- The PIN Pad should be placed in a reasonable manner and/or location, so that the Cardholder can enter their PIN without being observed by the merchant or customers.

**Account Number Truncation on Receipts**

Several states have passed legislation requiring all merchants who accept credit Cards for goods/services and generate electronic receipts to print the Cardholder receipt with only the last four digits of the Cardholder account number, as well as suppress the Card expiration date. You may already be aware of this new legislation, commonly referenced as Cardholder Account Truncation. Many of the state laws impose significant merchant penalties for non-compliance – some as high as $10,000 per occurrence and even the possibility of a Class D felony.

VISA® and MasterCard® have followed suit and are also mandating this requirement. Both Associations are making this effort in order to:

- Facilitate increased Cardholder account number security
- Ensure consistency across VISA® and MasterCard® brands
- Provide a standardized approach for terminal vendors
- Align with the recent legislation in several states in the United States

**Retrieval Request Procedures**

In the event that both the merchant and Cardholder receipts are being truncated, new procedures are necessary to ensure the merchant has the full account number and expiration date. This information is necessary for research purposes, when submitting a retrieval request, as well as in the event that transactions have to be re-entered into the terminal due to terminal or software failure.

When submitting a retrieval request, if both the merchant and Cardholder receipts are truncated, you must include something that either provides the full account number or the 10-digit case number. In this event, either forward the initial retrieval request form with the fulfillment or write the full account number and expiration date on a copy of the receipt. If one of these procedures is not followed, it will be impossible to fulfill a retrieval request and could result in a chargeback.

SWKL000055

## Telephone and Mail Orders; Recurring Sales; E-Commerce

If you accept and we authorize you to accept telephone or mail orders or electronic commerce transactions or recurring sales or other pre-authorized orders or sales:

- Each such Card transaction must be authorized regardless of the face amount, and you must write "TO," "MO," "EC," "Recurring Transaction" (for VISA® and other non-MasterCard® Card transactions) or "PO" (for MasterCard® Card transactions) as applicable, on the signature line of the sales record in lieu of the Cardholder's signature and a Card imprint.

- You may require additional identification information from a Cardholder, such as a telephone number or home address, if such information is required by you to complete the transaction, i.e. for delivery of your products or services, or as otherwise required by the Association Rules.

- You must retain and make available to us upon our request, the Cardholder's written request to you for pre-authorization. A pre-authorized order is a Cardholder's written authorization to make one or more charges to a Cardholder's Card account in the future.

- You assume all responsibility for identification of the Cardholder and the validity of the Card information for telephone and mail orders and electronic commerce transactions and recurring or other pre-authorized sales.

- You must attempt to obtain the Card expiration date and forward it as part of the authorization request.

- You must prepare a sales draft, or like document, for delivery to the Cardholder with the same information that is required for transactions where the Cardholder is present, including the authorization code, the amount of the transaction, and the address to which the merchandise is to be delivered and/or where services are to be performed.

- For telephone and mail order and electronic commerce transactions where merchandise is to be shipped or delivered to or for the Cardholder, the shipping date should not be more than seven calendar days after the authorization is obtained, and any shipping costs not included in the authorization amount must not exceed 15% of the amount authorized. Stricter requirements than those in the preceding sentence must be satisfied to qualify for certain incentive programs.

- You shall not submit for settlement any sales record resulting from a telephone or mail order or electronic commerce transaction until the merchandise is shipped or delivered to or for the Cardholder. Under no circumstances may you require that a Cardholder complete a postcard or other similar device which includes the Cardholder's account data in plain view when mailed.

SWKL000056

- You may not accept a recurring transaction from a Cardholder for the purchase of goods or services which are delivered or performed periodically unless the Cardholder completes and delivers to you a written request (and, when applicable, a written renewal request) for such goods or services to be charged to the Cardholder's account, indicating the amount of the recurring charges (unless the recurring charges are for variable amounts), the frequency of the recurring charges and the duration of time for which the Cardholder's permission is granted.

- If you accept any recurring transactions for variable amounts, you must comply with the following additional procedures:

    – The form provided for Cardholders to authorize recurring transactions must allow space for the Cardholder to specify a minimum and maximum transaction amount to be charged periodically to his or her account.

    – You must inform the Cardholder that he or she has a right to receive, at least ten (10) days prior to each scheduled transaction date, written notification of the amount and date of the next charge. The Cardholder may elect to receive the notice: (a) for every charge; (b) only when the transaction amount does not fall within the range of amounts the Cardholder specified on the written request; or (c) only when the transaction amount will differ from the most recent charge by more than an agreed-upon amount.

    – The Cardholder's authorization (including any renewal) must be (a) retained for the duration of the recurring charges; (b) provided in response to an issuer's request for original paper; and (c) used no further upon receiving notice of cancellation.

    – A recurring transaction may include the payment of recurring charges such as insurance premiums, subscriptions, membership fees, tuition or utility charges and may also include pre-authorized health care payments that are subject to the Association Rules and regulations.

    – Except for: (i) pre-authorized health care payments for the incremental costs not covered by insurance, (ii) advance deposits and (iii) installment payments, all made in compliance with this Agreement, the BA Merchant Services Manuals/Instructions and the Association Rules, a recurring transaction may not include partial payments made to you for goods or services purchased in a single transaction.

    – In no event may any finance charges be imposed on any periodic payments.

    – An installment payment option may be offered for mail or telephone order merchandise if all terms are clearly disclosed, each installment is authorized, the first installment is not submitted for settlement until the merchandise is shipped, and subsequent installments are submitted no more frequently than monthly.

28    BA Merchant Services

SWKL000057

**Additional E-Commerce/Internet Requirements**

In addition to the above requirements for electronic commerce transactions, you must follow the following procedures for Electronic Commerce Card transactions over the Internet. The "Internet" is a vast computer network through which with the proper equipment, a person can access information and communicate with other persons or devices on-line. You acknowledge and agree that this Agreement pertains only to Electronic Commerce Card transactions that arise from a Cardholder's purchase over the Internet for Card transactions effected in U.S. dollars.

- All transactions must be in U.S. dollars and will be settled in U.S. dollars.
- Electronic Commerce Card transactions are viewed by the Associations as non face-to-face transactions and all such rules regarding non-face-to-face transactions shall apply to Electronic Commerce Card transactions, if it appears reasonably applicable to an Electronic Commerce Card transaction.
- You must properly identify an Electronic Commerce Card transaction in the authorization and settlement record.
- You agree to develop and maintain a point of presence on the Internet at your expense.
- Your Internet Website must contain:
  - a complete description of the goods or services offered
  - your returned merchandise and refund policy
  - your customer service contact, including e-mail address and/or telephone number
  - transaction currency
  - export or legal restrictions (if known)
  - your delivery policy, and your country of domicile immediately prior to the Cardholder's accessing payment instructions.
- In addition you must disclose, at all points of Cardholder interaction (including any supplier's Internet Website, any promotions and any invoices), to the Cardholder that you, and not any supplier of goods or services, are the merchant of record and are responsible for any transaction.
- You must also notify the Cardholder that you are responsible for, even if you use a third party to assist you with, (a) payment transactions, (b) products and services, (c) direct customer service, (d) dispute resolution, and (e) all terms and conditions of the sale.
- The Rules also require that you post your consumer data privacy policy and method of transaction security on your Website(s).
- You must display on your Internet Website the Association's brand mark wherever you display payment options.

Merchant Start - Up Manual   29

- You shall, in accordance with the Rules governing the protection of Cardholder Information:
  - install and maintain a working firewall to protect data accessible via the Internet;
  - keep security patches up to date;
  - encrypt stored data;
  - encrypt data sent across networks;
  - use and regularly update anti-virus software;
  - restrict access to data by business "need to know";
  - assign a unique ID to each person with computer access to data;
  - not use vendor-supplied defaults for system passwords and other security parameters;
  - track access to data by unique ID;
  - regularly test security systems and processes;
  - maintain a policy that addresses information security for employees and contractors; and
  - restrict physical access to Cardholder information.
- You shall be responsible for all costs of connectivity and communication between your business, the Internet and BA Merchant Services.
- You acknowledge that we do not control or warrant your data on the Internet.
- You agree to utilize Secure Sockets Layer (SSL) or a secure compatible encryption method acceptable to us in providing your Electronic Commerce Card transactions to us for authorization, processing and settlement.
- You shall be responsible for obtaining any operational consents required of the Card Issuer to comply with procedures or practices contemplated by both you and us under the processing Agreement. You agree that your authorization request will include a request for address verification and a positive AVS response. You may not refuse to complete a Card transaction solely because a Cardholder does not possess a digital certificate. You agree to pass the Card Verification Value 2 ("CVV2") security number in the authorization message, if available.
- You agree to identify separately any high-risk transactions you submit. The high-risk transactions include MCC 5967 – Direct Marketing – Inbound Telemarketing Merchants and MCC 5966 – Direct Marketing – Outbound Telemarketing Merchants.
- All Electronic Commerce Card transactions must be authorized. MERCHANT must attempt to obtain the Card expiration date and forward it as part of the authorization request.
- BA Merchant Services will monitor your merchant processing account daily for exception transactions and may, upon reasonable grounds, suspend the disbursement of funds for any reasonable period of time required to investigate the unusual deposit activity.

30    BA Merchant Services

SWKL000059

## Chargeback and Retrieval Procedures

Once you are processing your credit Card transactions successfully, there are a few operational procedures that you will want to become familiar with. This section reviews some of the most common situations that may occur when a Cardholder requests a copy of a sales draft or disputes a processed credit Card transaction. Since VISA® and MasterCard® mandate timeframes and requirements, it is important to review the procedures that you must follow when addressing these types of situations. As always, please contact BA Merchant Services Customer Service if you have questions regarding these procedures or any other chargeback related issues.

### Bankcard Retrieval Request

Merchants are required to maintain original sales drafts for a period of two (2) years. A Cardholder is permitted to request a copy of sales or credit drafts within this time-frame. This is known as a Retrieval Request.

Upon receipt of a Retrieval Request from a Cardholder bank, BA Merchant Services will mail a Retrieval Letter (reference Example A, Sample Letters) to the merchant location. This form contains pertinent information of the original sale. A legible copy of the sales draft must be faxed or mailed to the address or fax number indicated on the Retrieval Letter within five (5) days. It is important that you retain a copy of the draft for your records.

A Retrieval Request is not a chargeback. In many instances, supplying a legible copy of a sales draft may prevent chargebacks. Failure to supply the requested draft within the specified time could result in a chargeback and a debit to your merchant checking account.

### Bankcard Chargebacks

A chargeback is the reversal of a sale when the Cardholder disputes the transaction. BA Merchant Services receives a chargeback from the Cardholder/issuing bank when they feel a merchant has violated a Bankcard Operation Regulation or if the Cardholder disputes the charge. The most common reasons for chargebacks and how to resolve them are listed as follows:

- **Non-Receipt of Requested Item** – if the merchant does not supply the requested sales draft, it will result in a debit to the merchant's checking account. MasterCard® will not allow this charge to be reversed. VISA® will allow reversal for any retrieval request code except 33 (request for legal process or fraud analysis).

SWKL000060

- **Unauthorized Mail Order/Telephone Order Transaction** – is initiated when the Cardholder denies that they authorized a sale by mail or telephone. A merchant accepts these types of orders at their own risk and would be responsible for supplying a facsimile draft as proof that the order was actually placed. Because there are no signatures involved in these types of transactions, the merchant should keep all records of shipping to assist BA Merchant Services in proving the Cardholder initiated the transaction.

- **Duplicate Processing** – is initiated when a Cardholder is charged two or more times for the same transaction, and only authorized one. This chargeback may be reversed if the merchant can supply proof of more than one signed and authorized sales draft with different invoice numbers on each draft or proof of credit to the Cardholder.

- **Non-Receipt of Merchandise** – the Cardholder states that they authorized the sale and were billed for the item, but never received the merchandise. This chargeback can be reversed if the merchant can supply proof of a shipping receipt signed for by the Cardholder.

- **Missing Signature/Missing Imprint** – if a sales draft is missing a signature or Card imprint, the issuing bank has a right to chargeback this item. It is the responsibility of the merchant to ensure the Cardholder signs all sales drafts and the draft is imprinted with the Cardholder's account number. The signature should be checked against the signature on the back panel of the Card. **All manually entered transactions require the imprint of the Card.**

- **Other reasons for chargebacks include the following:**

  - merchandise is returned, and a credit is not received by us for processing;

  - the sales records or agreement is, or is alleged to have been executed, accepted, endorsed, completed or assigned improperly, without authority, or not in accordance with the authorization requirements or any other provisions of this Agreement;

  - regardless of any authorization obtained, you complete a transaction when the Cardholder was present and did not sign the sales records, the signature on the record was unauthorized as compared to the signature appearing on the Card, the signature panel on the Card was blank or a limited purpose business "purchasing card" was accepted without appropriate authorization of the nature of the goods or services purchased (in addition to the transaction amount);

  - the sales record is incorrectly completed, incomplete or illegible;

  - the Cardholder disputes the sale, quality or delivery (or availability for pre-arranged pick-up) of merchandise or the performance or quality of

SWKL000061

service covered by the sales records or agreement accepted by such Cardholder;

– the circumstances in which the sales records or agreement was created or submitted, or credit was received, by you constituted or otherwise, involved a breach of any term, condition, representation, warranty or duty of you here under;

– multiple sales records or agreements were executed to avoid the need to obtain authorization necessary to complete the transaction;

– the extension of credit for merchandise sold or rented or service performed was in violation of law or the rules or regulations of any governmental agency, whether federal, state, local or otherwise;

– a legible copy of the sales record or agreement or credit record cannot be produced by you upon request within five days of our request;

– the sales draft is not signed by the Cardholder or is not deposited with us within the required time limits;

– the sales draft contains the imprint a counterfeit or altered Card or a Card that had expired or was invalid on the transaction date;

– the transaction was one for which the authorization and verification was not obtained, or a valid authorization code is not correctly and legibly printed on the sales draft;

– the price of the merchandise or services shown on the sales draft differs from the amount shown on the copy of the sales draft delivered to the Cardholder;

– the Cardholder asserts against us any claim or defense which the Cardholder may have as a buyer against you; or

– the transaction is otherwise subject to charge back by the Card issuer or Cardholder in accordance with the Association Rules or applicable law.

If BA Merchant Services deems the chargeback valid, the merchant's checking account will be debited for the amount of the sale. A Chargeback Adjustment Advice letter, (Reference Example B in Sample Letters) along with any supporting documentation that would verify the dispute would be mailed to the merchant the same day the debit is processed.

**Bankcard Chargeback Reversals**

A merchant may request that a chargeback be reversed if they believe the dispute is invalid, (Reference Chargeback Adjustment Reversal Advice, Example C in Sample Letters). This is accomplished by supplying the documentation requested on the

SWKL000062

Chargeback Rebuttal Letter. In some instances a written rebuttal from the merchant is necessary, (explaining the circumstances of the sale) if they do not agree with the Cardholder letter of dispute.

**Documentation to reverse this chargeback must be mailed or faxed to BA Merchant Services before the date specified on the Chargeback Retrieval Letter. It is important to include the debit advice with your rebuttal.**

Upon receipt of the merchant's rebuttal letter, BA Merchant Services will determine if there is enough documentation submitted to reverse the chargeback on behalf of the merchant. If there is, the chargeback will be reversed to the Cardholder bank. The merchant's checking account will then be credited for the amount of the sale on the same day it is reversed.

### Compliance Cases

If an issuing bank, MasterCard® or VISA® deems that a merchant has not complied with the Rules and Regulations set forth by the Associations, a pre-compliance case is initiated to BA Merchant Services explaining the rule violation that has taken place. An example would be surcharging fees to the customers for using a credit Card in the merchant's establishment.

MasterCard® or VISA® will send the merchant a letter of explanation and supporting documentation covering the violation and explaining any fees or penalties that could be imposed. Should the merchant fail to correct the violation, fees or penalties could be assessed or the merchant could possibly be terminated from the Card program.

**NOTE:** When you prepare to dispute a chargeback, be sure to include your merchant identification number, all supporting documentation and a copy of the debit advice. The timeframes that must be followed are indicated on your Chargeback Rebuttal letter. These timeframes are mandated by MasterCard® and VISA® and must be adhered to, ensuring proper processing.

34   BA Merchant Services

SWKL000063

## Example A – Retrieval Request Sample

Date

Mail Response To:
BA Merchant Services
Retrieval Department
1231 Durrett Lane
Louisville, KY 40213-2008

Re: 0000000000000000

An issuing bank, on MM/DD/YY, for the item listed below has made a retrieval request. Failure to provide a correct, legible copy by MM/DD/YY can result in a chargeback for "non-receipt of requested item." Immediate action must be taken to avoid a debit to your account.

MasterCard®/VISA® regulations do not allow a reversal of this type of chargeback.

A retrieval request is a request made by the Cardholder's bank for a copy of a sales draft. You are required by MasterCard®/VISA® to fulfill this request. Please return a correct, legible copy of the sales draft referenced below, attaching this letter to the address shown above. The sales draft must contain: merchant name, address or location number, transaction date, signature if applicable, expiration date, account number and transaction amount. If responding to multiple requests via fax transmission, please ensure that the sales draft within the transmission are preceded by the appropriate retrieval letter. Should you have any questions concerning this request, please call the Retrieval Department.

| Transaction Date | Transaction Amount | Batch Amount | Cardholder Number |
|---|---|---|---|
| MM/DD/YY | $00.00 | 0 | 0000000000000000 |

| Processing Ref # | Posting Date | Bin/ICA | Case # | Request ID |
|---|---|---|---|---|
| 12345678912345678912345 | MM/DD/YY | 000000 | 1234567891 | 123456789123 |

**Invoice/Ticket Number:**

**To:**

**Retrieval Reason:**

**31-Chargeback Documentation:**

Merchant Start - Up Manual    35

SWKL000064

## Example B – Chargeback Adjustment Advice

Date

TRW REDI PRPRT
Attn: Ms. Judy Smith
1234 Main Street
Any City, XX 12345

**Response Required By:** MM/DD/YY

This is a notification of a chargeback initiated by: (Name of Issuing Bank)
Reason: (Example) 53 – Not as described

|  |  |  |  |
|---|---|---|---|
| **Code:** | 53 | **Case #:** | 12345678901 0 |
| **Type:** | Retail Sale | **Ref #:** | 12345678912345678912345 |
| **Trans. Amount:** | $225.00 | **Posting Date:** | MM/DD/YY |
| **Chargeback Amt:** | $225.00 | **Resolved Date:** | MM/DD/YY |
| **Invoice/Ticket #:** |  | **Original Ref #:** | 12345678 |
| **Cardholder #:** | 0000000000000000 | **Received Date:** | MM/DD/YY |
| **Member Message:** |  |  |  |

### ACTION TAKEN BY MERCHANT SERVICES

- Verified this chargeback is valid and has been received within timeframes established by MasterCard®/VISA® rules and regulations.
- The above Chargeback Adjustment Advice information is accurate.
- Your account has been adjusted because:
- Cardholder canceled/Cardholder due this amount (action varies based on chargeback reason code)

### Please Be Aware

- Review the "Merchant Action Necessary to Remedy Chargeback" section of the accompanying chargeback adjustment reversal request form. This will aid you in identifying the proper information of documents needed for us to make every effort to resolve this chargeback and collect your funds.
- You must supply chargeback rebuttal documentation no later than MM/DD/YY. Failure to do so will result in the forfeiture of your reversal rights established by current MasterCard®/VISA® rules and regulations.
- Your business checking account has been adjusted for the chargeback amount.
- Should you have further questions, you may contact BA Merchant Services Customer Service.

36 : BA Merchant Services

## Example C – Chargeback Adjustment Reversal

For faster processing of your Chargeback Reversal Request, please complete and attach this form to any documentation supporting your case. Please submit documents by the response date indicated in the Chargeback Adjustment Advice box.

Date

Mail Documents To:
BA Merchant Services
Customer Service
P.O. Box 85310
Louisville, KY 40285-5310

**Response Required By:** MM/DD/YY

Reason: (Example) 53 – Not as described

|  |  |  |  |
|---|---|---|---|
| **Code:** | 53 | **Case #:** | 1234567890 1 0 |
| **Type:** | Retail Sale | **Ref #:** | 12345678912345678912345 |
| **Trans. Amount:** | $225.00 | **Posting Date:** | MM/DD/YY |
| **Chargeback Amt:** | $225.00 | **Resolved Date:** | MM/DD/YY |
| **Invoice/Ticket #:** | | **Original Ref #:** | 12345678 |
| **Cardholder #:** | 0000000000000000 | **Received Date:** | MM/DD/YY |
| **Member Message:** | | | |

**Merchant Action Necessary to Remedy Chargeback**

- Supply an explanation and/or document that shows the chargeback is valid.
- Please notify BA Merchant Services if and when credit was issued for this transaction.
  (Action varies based on chargeback reason code)

## PLEASE PROVIDE THE FOLLOWING INFORMATION

Merchant Name: _____

Contact Person: _____

Phone Number: _____

Reversal Reason (if insufficient space, please attach a separate sheet with your reason)
_____
_____
_____
_____

SWKL000066

**Notes:**

Merchant Start - Up Manual    39

SWKL000068

Bank of America



SWKL000070

# EXHIBIT C

## Johnson, Andrea

**Subject:** FW: Merchant Operating Regulations and Related Documents

**From:** Maria Hartman
**Sent:** Friday, April 27, 2007 1:40 PM
**To:** Philip Kopsaftis
**Subject:** FW: Merchant Operating Regulations and Related Documents

please read below.


Thank you,

Maria Hartman
Accountant
Stuart Weitzman Holdings, LLC
Main:   954-489-0171 x 205
Fax:    954-493-8052
email:  mariah@stuartweitzman.com


**From:** Discover Network [mailto:discovernetwork@email.discovernetwork.com]
**Sent:** Friday, April 27, 2007 12:32 PM
**To:** Maria Hartman
**Subject:** Merchant Operating Regulations and Related Documents

[x]

## ImportantChanges to Your Merchant Operating Regulations and RelatedDocuments

Changesthat require your compliance have been made to the**MerchantOperating Regulations, Dispute Rules Manual**and**TechnicalSpecifications**governing your acceptance of Discover®Network Cards.

Thesechanges in Release 7.2, **effectiveOctober12, 2007,include:**


MerchantOperating Regulations

- **NewData Security Requirements** -New Payment Card Industry (PCI) Data Security Standard, new audit rightsand noncompliance fees apply to your Card Transactions, including thoseconducted over the Internet.

- **AutomaticPayment Plans** -New regulations require the submission of CID only with the AuthorizationRequest for the first installment of an automatic payment plan if the Cardis not present at the time you initiate the plan.

- **NoncomplianceFees – Misuse of Acceptance Marks** -New termination terms and noncompliance Fees may apply if you misuse theDiscover Network Acceptance Marks

4/10/2008

and/or the other acceptance marks described in the Operating Regulations. You must display the Discover Network Acceptance Mark in payment drop-down boxes on your website, if any. While you may accept Cards with the split Discover/NOVUS Acceptance Mark, you may not display this mark.

- **Duration of Authorization Response Validity** -The length of time that an authorization response remains valid is reduced from ninety (90) calendar days to thirty (30) calendar days.

  **Sales Data Content Requirements-** Where required by law, Merchants must truncate Card numbers and mask Card expiration dates on transaction documentation.

Dispute Rules Manual

- **New Category of Debit Card and Payroll Card Disputes-** Please see new Dispute Rules relating to Notice of Error Disputes involving Debit Cards and Payroll Cards.

- **Late Presentment Disputes-** A Dispute may be initiated if you do not submit sales data before the new deadline of thirty (30) calendar days after the Card transaction date.

Technical Specifications

- **Incorporation into Merchant Operating Regulations -** Please note that the Technical Specifications are incorporated into the Merchant Operating Regulations and include legal obligations with which you are obligated to comply.

- **Issuer Identification Numbers (IINs)** -New IINs must be programmed into your POS devices to support valid Cards. See the Technical Specifications - Authorization Interface for these IIN ranges.

- **Cash Over Requirements** -See new requirements for Cash Over, including transactions conducted at self-service terminals.

Download your complete Merchant Operating Regulations and related documents at Discovernetwork.com. Please contact our Customer Service department at 800-347-0327 with any questions you may have regarding these documents.

This e-mail was sent to: MARIAH@STUARTWEITZMAN.COM

You are receiving this e-mail because you have requested e-mail updates and special offers from Discover Network. If you prefer not to receive these e-mails from Discover Network, please unsubscribe.

DISCOVER NETWORK and the other trademarks, logos, and service marks used in this e-mail are trademarks of NOVUS Credit Services Inc. or their respective third-party owners.

Discover Network, 2500 Lake Cook Road, Riverwoods IL, 60015

©2007 Discover Financial Services LLC

4/10/2008

Blank

4/10/2008

SWKL000076

Blank

4/10/2008

SWKL000077

# EXHIBIT D

**Philip Kopsaftis**

| | |
|---|---|
| **From:** | Philip Kopsaftis |
| **Sent:** | Sunday, July 15, 2007 4:43 PM |
| **To:** | George Pita |
| **Subject:** | receipt design |

George,
I completed the task of changing all receipt designs to eliminate the credit card expiration date.
I also completed updating these designs at all US retail and outlet locations.

I notified Beth Guastella, Peter Corsa and the regional mgrs of this change.

The change went into effect immediately upon updating the designs.

Philip Kopsaftis
**Stuart Weitzman, LLC**
Retail Systems Specialist
Email: PhilipK@StuartWeitzman.com
Phone: 954-489-0171 X-608
FAX  : 954-493-8052

12/5/2007

SWKL000071

# EXHIBIT E

**Philip Kopsaftis**

| | |
|---|---|
| **From:** | Philip Kopsaftis |
| **Sent:** | Friday, July 20, 2007 3:50 PM |
| **To:** | George Pita |
| **Subject:** | expiration dates |

George,

Here is the response from BAC, our Retail Pro business partner and provider regarding their knowledge of FACTA forbidding expiration dates on printed receipts.

Philip Kopsaftis
**Stuart Weitzman, LLC**
Retail Systems Specialist
Email: PhilipK@StuartWeitzman.com
Phone: 954-489-0171 X-608
FAX  : 954-493-8052

**From:** miguel minervini [mailto:miguelm@businessautomation.com]
**Sent:** Friday, July 20, 2007 3:45 PM
**To:** Philip Kopsaftis
**Cc:** Mahendran Ramanathan; Al Clark
**Subject:** RE:

Philip,

I will say this one more time so that we are clear. BAC or IP is not responsible for 'YOUR' (Stuart Weitzman's) interpretation of the Federal Law. The software (Retail Pro) is fully compliant with the CISP rules and regulations governing the storing of credit card numbers and or truncation of the credit card number and expiration dates. There are probably several states that have written their own set of laws concerning this issue, based upon the Federal guidelines, and Retail Pro has made their software flexible enough for any Retailer to make adjustments for any State that differs from the Federal guidelines. It is solely up to the Retailer to make certain that the stores they own conform to the State regulations that they are opened in.

As it stands, there are literally thousands of Retailers that currently print the expiration date on their customer's receipts. Their attorneys can not all be interrupting the law incorrectly. You are free to check with the many credit card processors, like Shift 4, to find out where they stand on this issue. I believe that you will be pleasantly surprised to find that Stuart Weitzman is no different than any other Retailer. I think that you should do a survey with some of your stores' competitors in other states to see if they print the expiration dates on their receipts.

If you would like to get an official answer from IP, you are more than welcome to write or call them directly. They have written many documents concerning CISP compliance and I am certain that they will make this available to you.

Best regards,

*Miguel Minervini*
**Manager Technical Services**
**Business Automation Consultants, Inc.**
**14750 NW 77th Court, Suite 110**
**Miami Lakes, FL 33016**

12/5/2007

SWKL000072

**Phone: 305-231-0000**
**Fax: 305-231-0010**
**Email: miguelm@businessautomation.com**

12/5/2007

SWKL000073