UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC. and DOES 1 through -10, inclusive, <br><br> Defendants. | ) DECLARATION OF MAHENDRAN <br> ) RAMANATHAN <br> ) <br> ) <br> ) <br> ) <br> ) No. C 07 5076 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF MAHENDRAN RAMANATHAN

1. My name is Mahendran Ramanathan. The factual statements contained in this Declaration are true and correct and are either within my personal knowledge or based on my review of information sufficient to certify that the statements are accurate. If called upon to testify, I could competently testify to these facts.

2. I am founder and President of Business Automation Consultants, Inc. now doing business as Retail Technology Experts ("RTE"). RTE is a retail technology and network services company that has been providing solutions to retailers for the last 17 years. RTE provides premium retail point of sale and inventory control technology solutions, and has provided systems for over 500 companies and well over 1,000 stores. RTE provides its customers with a turnkey solution to their retailing needs which includes installation, personalized training and ongoing support.



3. Retail Pro is one of RTE's key software offerings for retailers. Retail Pro is a business management software, which has point of sale and store operations capabilities. RTE is authorized to provide this software to its customers through an agreement with the software developer, Retail Pro, Inc., formerly Island Pacific, Inc.

4. Stuart Weitzman Holdings, LLC is one of RTE's customers. RTE provides Stuart Weitzman with the Retail Pro software Stuart Weitzman uses to record transactions and print receipts at the point of sale. As described above, RTE's services to Stuart Weitzman for Retail Pro include the installation of the software, training and ongoing support. For example, attached as Exhibit A is the work order for RTE's implementation of the Retail Pro software at Stuart Weitzman's San Francisco store.

5. Prior to being contacted by Stuart Weitzman in July of 2007, RTE's staff working with Retail Pro was unaware of any provisions in the Fair and Accurate Credit Transactions Act regarding the suppression or omission of expiration dates from customer receipts printed at the point of sale. As a software vendor, RTE provided software which was flexible enough to allow its retailer customers to adjust what was printed on sales receipts. However, RTE did not offer Stuart Weitzman or its other customers specific advice on what legally could be printed on the sales receipts and assumed no responsibility for what its retailer customers printed on their sales receipts. RTE's understanding at that time is reflected in Exhibit B, a July 20, 2007 email from RTE to Stuart Weitzman. Thereafter, RTE assisted Stuart Weitzman on the immediate removal of expiration dates from Stuart Weitzman sales receipts in July of 2007.

6. As a practical matter, an expiration date on a credit card receipt creates no opportunity for customer information theft without the corresponding credit card number in its entirety. Therefore, it is my understanding that the printing of an expiration date on a receipt

presents no risk of harm to a consumer, so long as the corresponding credit card number is properly truncated so that no more than the last four digits of the number appear.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May, 1st 2008.

_____
Mahendran Ramanathan

CH\\9947973140-1 970670.0013

# EXHIBIT A



Business Automation Consultants
14750 NW 77th Court, Suite 110
Miami Lakes, FL 33016
Phone 305-231-0000 • Toll-free 800-513-5917
After-Hours 888-580-0048 • Fax 305-231-0010
E-mail sales@businessautomation.com
Web www.businessautomation.com

PROPOSAL SUMMARY

STUART WEITZMAN
SAN FRANCISCO REMOTE

| ITEM | ITEM DESCRIPTION | QTY | PRICE | EXT |
|---|---|---|---|---|
| 1 | Retail Pro System - San Francisco Remote | 1 | $14,416 | $14,416 |
| | Subtotal | | | $14,416 |
| | HARDWARE/SOFTWARE PACKAGE DISCOUNT | 5% | | ($721) |
| | Total (without Sales Tax) | | | $13,695 |
| | Travel Charges to be determined | | | TBD |
| | Total (without Sales Tax) | | | $13,695 |
| | Unlimited Monthly Support - Additional | | $105 | |
| | Total | | | $13,695 |
| | **Terms of Purchase:** | | | |
| | **50% Deposit** | | | $6,848 |
| | **50% Due Upon Delivery** | | | $6,848 |

Sales Tax, Travel Charges, Shipping and Handling are not included in above prices.

Thank you for the opportunity. Please call us at 800-513-5917 for all your computing needs (Hardware, Software, Training).

PRICES VALID FOR 30 DAYS ONLY

Authorization Signature: _____

Date Authorized: 11/01/05

SWKL000010

# EXHIBIT B

**Philip Kopsaftis**

From: Philip Kopsaftis
Sent: Friday, July 20, 2007 3:50 PM
To: George Pita
Subject: expiration dates

George,

Here is the response from BAC, our Retail Pro business partner and provider regarding their knowledge of FACTA forbidding expiration dates on printed receipts.

Philip Kopsoftis
**Stuart Weitzman, LLC**
Retail Systems Specialist
Email: PhilipK@StuartWeitzman.com
Phone: 954-489-0171 X-608
FAX : 954-493-8052

**From:** miguel minervini [mailto:miguelm@businessautomation.com]
**Sent:** Friday, July 20, 2007 3:45 PM
**To:** Philip Kopsaftis
**Cc:** Mahendran Ramanathan; Al Clark
**Subject:** RE:

Philip,

I will say this one more time so that we are clear. BAC or IP is not responsible for 'YOUR' (Stuart Weitzman's) interpretation of the Federal Law. The software (Retail Pro) is fully compliant with the CISP rules and regulations governing the storing of credit card numbers and or truncation of the credit card number and expiration dates. There are probably several states that have written their own set of laws concerning this issue, based upon the Federal guidelines, and Retail Pro has made their software flexible enough for any Retailer to make adjustments for any State that differs from the Federal guidelines. It is solely up to the Retailer to make certain that the stores they own conform to the State regulations that they are opened in.

As it stands, there are literally thousands of Retailers that currently print the expiration date on their customer's receipts. Their attorneys can not all be interrupting the law incorrectly. You are free to check with the many credit card processors, like Shift 4, to find out where they stand on this issue. I believe that you will be pleasantly surprised to find that Stuart Weitzman is no different than any other Retailer. I think that you should do a survey with some of your stores' competitors in other states to see if they print the expiration dates on their receipts.

If you would like to get an official answer from IP, you are more than welcome to write or call them directly. They have written many documents concerning CISP compliance and I am certain that they will make this available to you.

Best regards,

*Miguel Minervini*
**Manager Technical Services**
**Business Automation Consultants, Inc.**
**14750 NW 77th Court, Suite 110**
**Miami Lakes, FL 33016**

12/5/2007

Phone: 305-231-0000
Fax: 305-231-0010
Email: miguelm@businessautomation.com

12/5/2007

SWKL000073