UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated, | ) | **PROPOSED ORDER** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. C 07 5076 |
| | ) | |
| STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through -10, inclusive, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER REGARDING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY ORDERED that Defendant Stuart Weitzman Holdings LLC's Motion for Summary Judgment is GRANTED and the case is dismissed with prejudice.

ENTERED:_____        APPROVED:_____