Douglas A. Linde, SBN 217584 (dal@lindelaw.net)
Chant Yedalian, SBN 222325 (cy@lindelaw.net)
Erica L. Allen, SBN 234922 (ela@lindelaw.net)
The Linde Law Firm
9000 Sunset Blvd., Ste. 1025
Los Angeles, CA 90069
Telephone (310) 203-9333; Facsimile (310) 203-9233

Attorneys for Plaintiff, SONJA KLIMP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONJA KLIMP, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STUART WEITZMAN RETAIL STORES, LLC.; STUART WEITZMAN SAN FRANCISCO, LLC, and DOES 1 through 10, inclusive, <br>    Defendant. | Case No.: C07-5076 CRB <br><br> **NOTICE OF SETTLEMENT** |

**TO THE HONORABLE COURT:**

Please take notice that this case has settled, and the parties expect to have a fully executed settlement and a dismissal with prejudice on file within thirty (30) days of the date of this filing.

1

In view of the settlement, Defendant is withdrawing, without prejudice, its Motion for Summary Judgment and the hearing on that Motion, presently set for August 8, 2008, can be taken off the Court's calendar.

Dated: July 10, 2008                THE LINDE LAW FIRM

                                    By:   /s/ Douglas A. Linde
                                    Douglas A. Linde
                                    Chant Yedalian
                                    Erica L. Allen

                                    Attorneys for Plaintiff SONJA KLIMP


Dated: July 10, 2008                MCDERMOTT WILL & EMERY LLP

                                    By:   /s/ Katherine Kim
                                    Daniel E. Alberti
                                    Peter J. Drobac
                                    Katherine Kim
                                    Wilber H. Boies, P.C.
                                    Charles Evans
                                    Jill A. Weeldreyer

                                    Attorneys for Defendant
                                    STUART WEITZMAN HOLDINGS, LLC (SUED AS STUART WEITZMAN RETAIL STORES, LLC, STUART WEITZMAN SAN FRANCISCO, LLC)

# SIGNATURES UNDER GENERAL ORDER NO. 45

      Pursuant to General Order No. 45 of the United States District Court, Northern District of California, I, Douglas A. Linde —the ECF User whose User ID and Password are used in the filing of this document—hereby attest that the concurrence to the filing of this document has been obtained from the other signatory to this document.

                                             /s/ Douglas A. Linde
                                           Douglas A. Linde